STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDWARD PASZKOWSKI, DEFENDANT-PETITIONER.

*Mr. Edward Paszkowski in propria persona.*

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

December 16, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WALTER HOFFMAN, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Richard Newman* and *Mr. Gerald T. Foley, Jr.* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

December 16, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SORREL RIZZO, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Schapira, Steiner & Walder* and *Mr. Jeffrey Barton Cahn* for the petitioners.

*Mr. Joseph P. Lordi* and *Mr. M. Richard Altman* for the respondent.

December 16, 1968. Denied.